# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KELLI MONTGOMERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-00155-CV-W-LMC |
| AUTO OWNERS INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF PRETRIAL PROCEDURES

1. The parties shall meet to discuss settlement, make or arrange for the disclosures required by Federal Rule of Civil Procedure 26(a)(1) and develop a proposed discovery plan as required by Federal Rule of Civil Procedure 26(f). This meeting shall take place no later than April 11, 2023. Discovery shall commence immediately thereafter.

2. The parties shall file a Case Management Report and Proposed Discovery Schedule by April 25, 2023, which must include the deadlines listed in Local Rule 16.1(d). Please file the document as a "Proposed Scheduling Order." Plaintiff's counsel, in accordance with Local Rule 16.1(c), shall take the lead in preparing the Case Management Report and Proposed Discovery Schedule.

3. The Court has created a fillable Word form of the Case Management Report and Proposed Discovery Schedule which is located on the undersigned's page of the Court's website (https://www.mow.uscourts.gov/judges/counts). The parties are to use the form in preparing the Case Management Report and Proposed Discovery Schedule.

4. Counsel is reminded to review all applicable local and federal rules, including but not limited to Federal Rules of Civil Procedure 16 and 26, and Local Rules 16.1, and 26.1. Please note that Local Rule 26.1(c)(2) contains expectations regarding the timeframe for completing discovery. Any request for an expanded discovery period shall be accompanied by a detailed explanation as to why such time is necessary.

5. Upon receiving the proposed Case Management Report and Proposed Discovery Schedule, the Court will review the document and enter a text entry order on CM/ECF regarding whether the Proposed Discovery Schedule has been adopted. A separate trial order will be issued shortly thereafter.

                                                 */s/ Lajuana M. Counts*
                                                 LAJUANA M. COUNTS
                                                 UNITED STATES MAGISTRATE JUDGE